UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
ANGEL CHEVRESTT, :
:
                      Plaintiffs, :
: 19-cv-9415 (VSB)
      -against- :
: **ORDER**
BANKRATE, LLC, :
:
                     Defendants. :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/2020

<u>VERNON S. BRODERICK, United States District Judge</u>:

      In light of the parties' representations during the initial pre-trial conference on January 17, 2020, it is hereby:

      ORDERED that discovery is stayed in this matter pending review of Defendant's motion for judgment on the pleadings, (Doc. 12). Plaintiff shall file any opposition memorandum no later than February 7, 2020, and Defendant shall file its reply no later than February 17, 2020.

SO ORDERED.

Dated: January 17, 2020
       New York, New York

Vernon S. Broderick
United States District Judge